FILED

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

JUL 0 1 2026

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:26-00125 |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| | ) | 18 U.S.C. § 2252A(b) |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2422(a) |
| JONATHAN WARD | ) | 18 U.S.C. § 2423(a) |

# I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

Between on or about December 1, 2024, through on or about June 27, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **JONATHAN WARD**, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

Between on or about December 1, 2024, and on or about June 27, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **JONATHAN WARD**, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of Minor Victim 1 that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about December 1, 2024, through on or about June 27, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **JONATHAN WARD**, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce Minor Victim 1 who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Exploitation of a Minor, which was a criminal offense under Title 18, Section 2251(a), and Aggravated Statutory Rape, which was a criminal offense under Tennessee Code Annotated 39-13-506.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Between on or about May 8, 2025, through on or about June 27, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **JONATHAN WARD**, did knowingly persuade, induce, entice, and coerce Minor Victim 1 and attempt to persuade, induce, entice, and coerce

2

Minor Victim ! to travel in interstate and foreign commerce to engage in any sexual activity for which any person can be charged with a criminal offense, namely, Aggravated Statutory Rape, which was a criminal offense under Tennessee Code Annotated 39-13-506.

In violation of Title 18, United States Code, Section 2422(a).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 27, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **JONATHAN WARD**, did knowingly transport and attempt to transport Minor Victim 1 who had not attained the age of 18 years in interstate and foreign commerce, with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely Aggravated Statutory Rape, which was a criminal offense under Tennessee Code Annotated 39-13-506.

In violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, the defendant, **JONATHAN WARD**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(2) and (a)(3):

> (1) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

> (2) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property;

3

Case 3:26-cr-00125-016 Document 3 Filed 07/06/26 Page 3 of 4 PageID #: 23

including, but not limited to, a Samsung Galaxy A35 cell phone and data seized from **JONATHAN WARD** on June 30, 2025.

3.     Upon conviction of Counts Three through Five of this Indictment, **JONATHAN WARD**, shall forfeit to the United States, pursuant to 18, United States Code, Section 2428:

>     (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; and

>     (2) any property, real or personal, that constitutes or is derived from proceeds traceable to the offenses;

including, but not limited to, a Samsung Galaxy A35 cell phone and data seized from **JONATHAN WARD** on June 30, 2025.

A TRUE BILL

_____
FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY